June erm, ·1862.

HOLMES
v.
BRAMAN et al.

---

HOLMES vs. BRAMAN and others. ·

An appeal from a judgment in an action for partition, was dismissed because no printed " case," nor any brief on either side, had been filed.

APPEAL from the Circuit Court for *Jefferson* County.

*G. T. Thorn*, for appellant.

*J. E. Holmes*, in pro. per.

*By the Court*, COLE, J. This suit was instituted for the partition of certain real estate among tenants in common. From the judgment of partition this appeal is taken. We have not been furnished with any printed cases, nor with briefs and arguments on either side, and we are ignorant of what objections are taken to the judgment. We cannot take upon ourselves the labor of carefully examining such records to see if there is any error in the proceedings. In foreclosure cases which are submitted to us upon the record, we do this, but we are unwilling to do it in partition cases. And as an affirmance of the judgment might perhaps affect injuriously the rights of the parties, we deem it more advisable to dismiss the appeal, under the rule, for want of proper printed cases.

The appeal is dismissed.